**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ABIGAIL WHITE,

    Plaintiff,                                       Case Number: 8:13-cv-02613-EAK-AEP

v.

WEST ASSET MANAGEMENT, INC.

    Defendant.

_____/

## **NOTICE OF PENDING SETTLEMENT**

Defendant, West Asset Management, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                                Respectfully Submitted,

                                                                /s/ Kenneth C. Grace
                                                                 Kenneth C. Grace, Esq.
                                                                Florida Bar No.: 0658464
                                                                 SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                                               3350 Buschwood Park Drive, Ste. 195
                                                                Tampa, Florida  33618
                                                                Telephone No.: (813) 890-2465
                                                                Facsimile No.: (866) 466-3140
                                                               kgrace@sessions-law.biz
                                                                Attorneys for Defendant,
                                                                West Asset Management, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2014, a true and correct copy of the foregoing Notice of Pending Settlement was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, Florida 33762
wjg@mazgadd.com

/s/ Kenneth C. Grace
Attorney